# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Tech Pharmacy Services LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17-cv-01315 UNA |
| | ) |
| Daugherty Business Solutions, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The above styled and numbered case was filed on April 13, 2017 and opened as a civil action.

After a review of the case, it was determined that the case was opened incorrectly. The case should have been opened as a miscellaneous action.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled civil case is closed and a new miscellaneous case opened and randomly assigned to the Honorable Ronnie L. White, United States District Judge, under cause number 4:17-mc-00222.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-1315 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: April 17, 2017         By: /s/ Michele Crayton
                                  Court Services Manager

**In all future documents filed with the Court, please use the following case number 4:17-mc-00222 RLW.**